Megan Rae Whyman Olesek, Bar No. 191218
MOlesek@kenyon.com
**KENYON & KENYON LLP**
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304
Telephone:   650-384-4700
Facsimile:   650-384-4701

Attorneys for Plaintiffs
TOYOTA MOTOR CORPORATION AND
TOYOTA MOTOR SALES, USA, INC.

David Martinez, Bar No. 193183
DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:   310-552-0130
Facsimile:   310-229-5800

Attorneys for Defendant
EFFICIENT DRIVETRAINS INC.; and
Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, for purposes of this submission

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED / Judge James Ware]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOYOTA MOTOR CORPORATION and TOYOTA MOTOR SALES, USA, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>EFFICIENT DRIVETRAINS INC. and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Defendants. | Case No.  CV-11-03570-JW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Action Filed:**   July 20, 2011<br>**Complaint Served:**   October 21, 2011 |

    Pursuant to Local Rules 6-1(b), 6-2, and 16-2(e), Defendants, Efficient Drivetrains Inc. and The Regents of the University of California (hereinafter "Defendants"), and Plaintiffs, Toyota Motor Corporation and Toyota Motor Sales, USA, Inc. (hereinafter, "Plaintiffs"), stipulate as

follows:

WHEREAS, the Court has scheduled a Case Management Conference currently set for December 5, 2011 ("CMC");

WHEREAS, the parties have been engaged in settlement discussions;

WHEREAS, the parties believe that a continuance of the CMC would assist the parties in those settlement discussions;

WHEREAS, the parties have separately stipulated to extend the Defendants' deadline to respond to the Complaint from November 14, 2011 until December 22, 2011 for the same reason;

WHEREAS, except for the foregoing stipulation to extend, no other modifications of the schedule have been sought or obtained;

WHEREAS, good cause exists to continue the CMC based on the parties' good faith belief that such continuance may assist the parties efforts to resolve their differences outside of litigation, thus conserving judicial and party resources:

THE PARTIES HEREBY STIPULATE, subject to Court approval, that the CMC should be continued until a date convenient for the Court after January 17, 2012. The parties' Joint Case Management Conference Statement shall be due , seven days prior to the date set by the Court.

Respectfully submitted,

DATED: November 9, 2011      **KENYON & KENYON LLP**

By: _____
Megan Whyman Olesek, Bar No. 191218
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304
Tel:   650-384-4700/ Fax: 650-384-4701
molesek@kenyon.com

**ATTORNEYS FOR PLAINTIFFS**
TOYOTA MOTOR CORPORATION and TOYOTA MOTOR SALES, USA, INC.

| | |
|---|---|
| DATED: November 9, 2011 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| | By: /s/ David Martinez |
| | David Martinez, Bar No. 193183 |
| | 2049 Century Park East, Suite 3400 |
| | Los Angeles, CA 90067-3208 |
| | Tel: 310-552-0130/ Fax: 310-229-5800 |
| | DMartinez@rkmc.com |
| | Attorneys for Defendant EFFICIENT DRIVETRAINS INC.; and Attorneys for Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, for purposes of this submission |

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference is hereby continued to January 23, 2012, at 10:00 a.m./~~p.m.~~ The parties' Joint Case Management Conference Statement shall be due on or before January 13, 2012. ~~seven days prior to such date~~.

DATED: November 16, 2011

_____
HON. JAMES WARE
United States District Judge
Chief