1    Megan Whyman Olesek, Bar No. 191218
     MOlesek@kenyon.com
2    **KENYON & KENYON LLP**
     1801 Page Mill Road, Suite 210
3    Palo Alto, CA 94304
     Telephone:    650-384-4700
4    Facsimile:    650-384-4701

5    Attorneys for Plaintiffs
     TOYOTA MOTOR CORPORATION AND
6    TOYOTA MOTOR SALES, USA, INC.

7    David Martinez, Bar No. 193183
     DMartinez@rkmc.com
8    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
     2049 Century Park East, Suite 3400
9    Los Angeles, CA 90067-3208
     Telephone:    310-552-0130
10   Facsimile:    310-229-5800

11   Attorneys for Defendant
     EFFICIENT DRIVETRAINS INC.; and
12   Attorneys for Defendants
     THE REGENTS OF THE UNIVERSITY OF CALIFORNIA for
13   purposes of this submission

14

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17                 SAN FRANCISCO DIVISION

*IT IS SO ORDERED*
*James Ware*
Judge James Ware

| | |
|---|---|
| TOYOTA MOTOR CORPORATION and TOYOTA MOTOR SALES, USA, INC., | Case No.  CV-11-03570-JW |
| Plaintiff, | **STIPULATION FOR FIRST EXTENSION OF TIME THROUGH DECEMBER 22, 2011 TO RESPOND TO COMPLAINT** |
| vs. | |
| EFFICIENT DRIVETRAINS INC.  and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | **Action Filed:**           **July 20, 2011** |
| | **Complaint Served:**     **October 21, 2011** |
| Defendants. | **Current Response Date:**   **November 14, 2011** |
| | **New Response Date:**     **December 22, 2011** |

26       Pursuant to Local Rule 6-1(a), Defendants, Efficient Drivetrains Inc. and The Regents of

27 the University of California (hereinafter "Defendants"), and Plaintiffs, Toyota Motor Corporation

28 and Toyota Motor Sales, USA, Inc. (hereinafter, "Plaintiffs"), stipulate as follows:

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

82602179.1

STIPULATION FOR FIRST EXTENSION TO
RESPOND TO COMPLAINT - CV 11-03570 JW

1    WHEREAS, Defendants' current deadline to respond to the Compla

2    2011;

3    WHEREAS, the parties have been engaged in settlement discussion:

4    WHEREAS, the parties believe that an extension for Defendants to a

5    the Complaint would assist the parties in those settlement discussions;

6    WHEREAS, this Stipulation complies with Local Rule 6-1(a) in tha

7    extension will not alter the date of any event or any deadline already fixed b

8    WHEREAS, the Case Management Conference ("CMC") is current

9    December 5, 2011, and the parties will shortly file a further Stipulation and

10   pursuant to Local Rules 6-1(b) and 16-2(e) to continue the CMC;

11   IT IS HEREBY STIPULATED that Defendants shall have until De

12   answer or otherwise respond to the Complaint.

13                                      Respectfully submitted,

14   DATED:  November ___9___, 2011     **KENYON & KENYON LLP**

15                                      By:

16                                          Megan Whyman Olesek, Bar I
                                            1801 Page Mill Road, Suite 2

17                                          Palo Alto, CA 94304
                                            Tel:  650-384-4700/ Fax: 650

18                                          molesek@kenyon.com

19                                      **ATTORNEYS FOR PLAINTIFFS**
                                        TOYOTA MOTOR CORPORATION

20                                      MOTOR SALES, USA, INC.

21   DATED:  November ___, 2011         **ROBINS, KAPLAN, MILLER & CI**

22                                      By:  /s/  David Martinez

23                                           David Martinez, Bar No. 1931
                                             2049 Century Park East, Suite

24                                           Los Angeles, CA  90067-3208

25                                           Tel:  310-552-0130/ Fax: 310
                                             DMartinez@rkmc.com

26                                      Attorneys for Defendant
                                        EFFICIENT DRIVETRAINS INC.; and

27                                      Defendants THE REGENTS OF THE U
                                        CALIFORNIA, for purposes of this sub

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES