Megan Whyman Olesek, Bar No. 191218
MOlesek@kenyon.com
**KENYON & KENYON LLP**
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304
Telephone: 650-384-4700
Facsimile: 650-384-4701

Attorneys for Plaintiffs
TOYOTA MOTOR CORPORATION AND
TOYOTA MOTOR SALES, USA, INC.

David Martinez, Bar No. 193183
DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800

Attorneys for Defendant
EFFICIENT DRIVETRAINS INC. and
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA IT IS SO ORDERED James Ware Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOYOTA MOTOR CORPORATION and TOYOTA MOTOR SALES, USA, INC.,

Plaintiff,

vs.

EFFICIENT DRIVETRAINS INC. and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,

Defendants.

Case No. CV-11-03570-JW

**STIPULATION FOR SECOND EXTENSION OF TIME THROUGH JANUARY 6, 2012 TO RESPOND TO COMPLAINT**

**Action Filed:** **July 20, 2011**

**Complaint Served:** **October 21, 2011**

**Current Response Date:** **December 22, 2011**

**[Proposed] Response Date:** **January 6, 2012**

Pursuant to Local Rule 6-1(a), Defendants Efficient Drivetrains Inc. and The Regents of the University of California (hereinafter "Defendants"), and Plaintiffs, Toyota Motor Corporation and Toyota Motor Sales, USA, Inc. (hereinafter, "Plaintiffs"), stipulate as follows:

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

WHEREAS, Defendants' original deadline to respond to the Complaint was November 14, 2011;

WHEREAS, the Court granted a First Extension of Time to Respond to the Complaint and set December 22, 2011 as the current deadline for Defendants to respond to the Complaint;

WHEREAS the Case Management Conference is currently set for January 23, 2012;

WHEREAS, the parties have reached a settlement in principle and expect to finalize the settlement before the end of the year;

WHEREAS, the parties believe that an extension for Defendants to answer or respond to the Complaint would therefore be in the interest of judicial efficiency and preservation of party resources;

WHEREAS, this Stipulation complies with Local Rule 6-1(a) in that the underlying extension will not alter the date of any event or any deadline already fixed by Court order;

IT IS HEREBY STIPULATED that Defendants shall have until January 6, 2012 to answer or otherwise respond to the Complaint.

Respectfully submitted,

DATED: December 20, 2011

**KENYON & KENYON LLP**

By: /s/ Megan Whyman Olesek

Megan Whyman Olesek, Bar No. 191218
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304
Tel: 650-384-4700 / Fax: 650-384-4701
molesek@kenyon.com

**ATTORNEYS FOR PLAINTIFFS**
TOYOTA MOTOR CORPORATION and TOYOTA MOTOR SALES, USA, INC.

DATED: December 20, 2011

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ David Martinez

David Martinez, Bar No. 193183
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Tel: 310-552-0130 / Fax: 310-229-5800
DMartinez@rkmc.com

**ATTORNEYS FOR DEFENDANTS**
EFFICIENT DRIVETRAINS INC. and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES