Megan Whyman Olesek (SBN 191218)
molesek@kenyon.com
**KENYON & KENYON LLP**
1801 Page Mill Road, Suite 210
Palo Alto, CA  94304-1216
Telephone:    650.384.4700
Facsimile:    650.384.4701

Attorneys for Plaintiffs
TOYOTA MOTOR CORPORATION and
TOYOTA MOTOR SALES, USA, INC.

David Martinez (SBN 193183)
DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:    310.552.0130
Facsimile:    310.229.5800

Attorneys for Defendants
EFFICIENT DRIVETRAINS INC. and THE
REGENTS OF THE UNIVERSITY OF
CALIFORNIA

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOYOTA MOTOR CORPORATION and TOYOTA MOTOR SALES, USA, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> EFFICIENT DRIVETRAINS INC. and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, <br><br>  Defendants. | Case No.  CV-11-03570-JW <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

On this day came on to be considered the above-entitled and numbered cause, and the Court being advised that the Plaintiffs have settled and resolved their differences with Defendants, and have entered into an Agreement setting out the terms and conditions of the

1  settlement, having an effective date of December 22, 2011 ("Agreement"), and as part of such

2  Agreement have consented to the entry of an Order approving this Stipulation;

3      Now therefore, upon the consent of the Parties hereto, it is hereby Ordered,

4  Adjudged and Decreed that:

5      1.    The Parties consent to the jurisdiction of this Court for purposes of entering

6  this dismissal.

7      2.    As a result of the Agreement, this action is dismissed against Defendants

8  by the Plaintiffs.

9      3.    Each Party hereto shall bear its own costs and attorneys' fees incurred in

10  this action.

11      IT IS SO STIPULATED.

12  Dated: January 13, 2012    **KENYON & KENYON LLP**

By: /s/ Megan Whyman Olesek
    Megan Whyman Olesek, Bar No. 191218
    molesek@kenyon.com
    1801 Page Mill Road, Suite 210
    Palo Alto, CA 94304-1216
    Telephone:    650.384.4700
    Facsimile:    650.384.4701

Attorneys for Plaintiffs
TOYOTA MOTOR CORPORATION and TOYOTA
MOTOR SALES, USA, INC.

Dated: January 11, 2012    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:    /s/ David Martinez (with permission)
    David Martinez, Bar No. 193183
    DMartinez@rkmc.com
    2049 Century Park East, Suite 3400
    Los Angeles, CA 90067-3208
    Telephone:    310.552.0130
    Facsimile:    310.229.5800

Attorneys for Defendants
EFFICIENT DRIVETRAINS INC. and THE REGENTS
OF THE UNIVERSITY OF CALIFORNIA

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

2         this __17th__ day of __January__, 2012.

3

4

5  _____
       Honorable James Ware, United States Chief District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTESTATION OF SIGNATURE
(N.D. Cal. General Order 45 (X.B.))

I, Megan Whyman Olesek, am the ECF User whose ID and password was used to electronically file this STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL. In compliance with General Order 45 X.B., I hereby attest that Counsel for Defendants Efficient Drivetrains Inc. and The Regents of the University of California (David Martinez) concurred in this filing.

DATE: January 13, 2012               /s/ Megan Whyman Olesek
                                     Megan Whyman Olesek

KENYON & KENYON LLP
PALO ALTO

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**                                    CV-11-03570-JW